IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN J. SMITH
ADC #154230                                                                                   PLAINTIFF

v.                                     No. 2:20-cv-101-DPM

ASA HUTCHINSON, Governor,
State of Arkansas, *et al.*                                                          DEFENDANTS

## JUDGMENT

Smith's claims against Governor Hutchinson and Attorney General Rutledge are dismissed with prejudice. All his other claims are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2020